IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JERRY TYSON, ) | CASE NO. 1:08 CV 2405 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE DONALD C. NUGENT |
| ) | |
| JOE HRUBOS, et al., ) | |
| ) | ORDER |
| Defendant. ) | |

This matter is before the Court on Defendants' Motion to Dismiss Or, In The Alternative, Motion to Transfer." (ECF # 8). For the reasons set forth in the Court's Memorandum Opinion and Order, the Defendants' Motion to Dismiss is hereby GRANTED. This case is DISMISSED for lack of personal jurisdiction over the Defendants. IT IS SO ORDERED.

/s/ Donald C. Nugent
DONALD C. NUGENT
United States District Judge

DATED: February 3, 2009